Dismissed and Opinion filed January 9, 2003













Dismissed and
Opinion filed January 9, 2003.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-00888-CV

____________

 

GLENN SEUREAU,
Appellant

 

V.

 

THE DANNINE
GALE DUNCAN 1990 GRANT TRUST 

AND JOHN
GILBREATH, Appellees

 

_______________________________________________________________

 

On Appeal from the 11th District Court

Harris County, Texas

Trial Court Cause No. 02-26515

 

_______________________________________________________________

 

M E M O R A
N D U M   O P I N I O N

This is an appeal from a
judgment signed June 27,
 2002.  

            On December 27, 2002, appellant filed a motion
to dismiss the appeal because the case has been settled.  See Tex. R. App. P. 42.1.  The motion is granted.

            Accordingly, the appeal is ordered
dismissed.  

                                                                                    PER
CURIAM

Judgment rendered and
Opinion filed January 9, 2003.

Panel consists of Justices
Yates, Anderson, and Frost.